To Whom It May Concern,

I would like it to be known that my address has changed. My new address is:

David Rombousek 21R0205   Greene Correctional Facility
P.O. Box 975
Coxsackie, N.Y. 12051-0975

David Rombousek
21-cv-3672 (LTS)

RECEIVED SDNY PRO SE OFFICE 2021 JUN -3 AM 10:35

**GREENE CORRECTIONAL FACILITY**
P.O. BOX 975
COXSACKIE, NEW YORK 12051-0975

NAME: David Komrowski    DIN: 21R1106

RECEIVED
SDNY PRO SE OFFICE
2021 JUN -8 AM 10:18

NEOPOST
06/03/2021
US POSTAGE $000.51⁰
ZIP 12051
041M11465187

Clerk of Court
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, NY 10007

LEGAL MAIL

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: _____  DIN: _____

Printed on Recycled Paper