**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID ROMBOUSEK, # 21R0203,

                Plaintiff,

-against-

TRINITY COMPANY, SUPERVISOR HARRY, SUPERVISOR JOHN DOE, SRG. COLBY AND SRG. GESSNER OF ORANGE COUNTY CORRECTIONS,

                Defendants.

Civil Action No.: 7:21-cv-03672

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE,** that upon the declaration of Alexander Chosid and the supporting memorandum of law, Defendant, TRINITY SERVICES GROUP, INC. s/h/a TRINITY COMPANY ("Trinity"), will move this Court before the Honorable Kenneth M. Karas, United States District Court Judge, Southern District of New York, United States Courthouse, 300 Quarropas Street, White Plains, New York, for an order pursuant to Federal Rule of Civil Procedure 4 and 12(b)(6) dismissing the Complaint for improper service and for failure to state a claim upon which relief can be granted, and for such other and further relief as this Honorable Court deems just and proper.

Dated: New York, New York
       August 24, 2021

*The motion is denied for failure to follow the individual practices of Judge Karas*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
8/26/2021

LEGAL/140176796.v1

By: *R. David Lane*    **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

R. David Lane, Jr. (RD 2435)
Wall Street Plaza, 88 Pine Street, 21st Floor
New York, New York 10005
rdlane@mdwcg.com
Ph: (212) 376-6413

LEGAL/140176796.v1

2