UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID RAMBOUSEK,

                Plaintiff,

    v.

TRINITY COMPANY SUPERVISOR
HARRY, *et al.*,

                Defendants.

No. 21-CV-3672 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

    The Clerk of the Court is directed to send all correspondence related to this case to Plaintiff's new address listed in his September 19, 2022 Letter to the Court. (Dkt. 45).

    Plaintiff must amend his Complaint to address the deficiencies the Court identified in its June 29, 2022 Opinion & Order. (Dkt. 43). Plaintiff has 30 days to file his Amended Complaint. The Court will not provide any further extensions.

    A copy of this Order and of the Court's June 29, 2022 Opinion & Order are to be mailed to Plaintiff.

SO ORDERED.

DATED:    September 30, 2022
              White Plains, New York

                                            KENNETH M. KARAS
                                            United States District Judge